# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | M9GF |
| Violation Number | FBLG002J |
| Officer Name | Norris |
| Officer No. | 2399 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 09/29/2022 14:16 |
| Offense Charged | FED 36 CFR 261.58D |
| Place of Offense | BEAR GULCH |
| Offense Description: Factual Basis for Charge | CAMPING LONGER THAN 16 DAYS |
| HAZMAT | ☐ |

FBLG002J

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Last Name | ROGERS |
| First Name | NATHANIEL |
| M.I. | S |
| Street Address | |
| City | |
| State | |
| Zip Code | |
| Date of Birth (mm/dd/yyyy) | |
| Drivers License No. | |
| CDL | ☐ |
| D.L. State | |
| Social Security No. | |

Adult ☐  Juvenile ☐  Sex ☐ M  ☐ F
Race __  Hair __  Eyes __  Height __  Weight __

### VEHICLE

VIN: __  CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 2TRA2750 | MT | 0 | / | ☐ | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $ 75.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 105.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBLG002J

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  09/29/2022  while exercising my duties as a law enforcement officer in the _____ District of  MT

Pursuant to 16USC 551: On September 29th 2022, at approximately 1415 hours, I, Forest Service Law Enforcement Officer Zachary Norris was on patrol within the Judith-Musselshell Ranger District on the Helena-Lewis and Clark National Forest in the Judicial District of Montana. I found Nathaniel ROGERS to be in violation of 36 CFR 261.58(a). On September 10th 2022, I observed a pickup camper in Bear Gulch on an illegal route beyond the 70 allowable feet on the Travel Management Plan in accordance with the Motor Vehicle Use Map(MVUM). The plate on the on the camper 2TRA2750 was invalid and registered to a semitrailer. The camp was unoccupied at the time. I visited the site again on September 29th 2022 with another Forest Service employee. Nathaniel ROGERS was in camp saddling up his horse. I spoke with the ROGERS and addressed the issues at hand. The camper belonged to his grandfather. The route ROGERS was camped on had already been established by other vehicles and was not signed appropriately as no longer allowed by wheeled vehicles. I issued Nathaniel ROGERS a violation notice pursuant to 36 CFR 261.58(a), camping too long in accordance with the Special Order. Longer than 16 days. I issued Nathaniel ROGERS a warning notice pursuant to 36 CFR 261.13, Operating a motor vehicle on National Forest System Lands in violation of the Helena-Lewis and Clark National Forest Travel Plan designated pursuant to 36 CFR 212.51 I issued Nathaniel ROGERS a warning notice pursuant to 36 CFR 261.54(d), in violation of state law in accordance with Montana Code Annotated 61-3-301- Registration, license plate required.

The foregoing statement is based upon:

☒ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  09/29/2022                     *Zoe Norris* (signature)
              Date (mm/dd/yyyy)              Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date (mm/dd/yyyy)              U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident